IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| GERRY DALTON, | : | |
| Plaintiff, | : | |
| | | Case No. 3:13cv00051 |
| vs. | : | |
| | | District Judge Walter Herbert Rice |
| CAROLYN W. COLVIN, | : | Chief Magistrate Judge Sharon L. Ovington |
| Acting Commissioner of the | | |
| Social Security Administration, | : | |
| Defendant. | : | |

## DECISION AND ENTRY

The Court has conducted a de novo review of the Report and Recommendations of Chief United States Magistrate Judge Sharon L. Ovington (Doc. #15), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on January 28, 2014 (Doc. #15) is ADOPTED in full;

2. The Commissioner's non-disability finding is vacated;

3. Plaintiff's case is REMANDED to the Social Security Administration under Sentence Four of 42 U.S.C. § 405(g) for payment of Disability Insurance Benefits consistent with the Social Security Act; and,

4. The case is terminated on the docket of this Court.

*(signature)*

Walter Herbert Rice
United States District Judge