# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

GERRY DALTON, :

    Plaintiff, :

                                                                  Case No. 3:13cv00051

vs. :

                                                                  District Judge Walter Herbert Rice

CAROLYN W. COLVIN, : Chief Magistrate Judge Sharon L. Ovington
Acting Commissioner of the Social
Security Administration, :

    Defendant. :

---

## DECISION AND ENTRY

---

       The Court has conducted a <u>de novo</u> review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #21), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

       It is therefore **ORDERED** that:

       1.     The Report and Recommendations docketed on January 14, 2015 (Doc. #21) is ADOPTED in full;

       2.     The Motion For Allowance Of Attorney Fees (Doc. #20) is GRANTED;

       3.     The Acting Commissioner shall pay Plaintiff's attorney fees pursuant to 42 U.S.C. §406(b)(1) in the amount of $7,523.75; and

4       The case remains terminated on the docket of this Court.

                                                                    _____
                                                                         Walter Herbert Rice
                                                                 United States District Judge